■ The People of the State of New York, Respondent, v Nicole Sanfo, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, Bronx County (Burton Hecht, J., at plea and sentence in absentia; John N. Byrne, J., at execution of sentence), rendered on or about August 27, 1993, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Williams, Gonzalez and Sweeny, JJ.